MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
(202) 353-7763 (fax)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. EDCV 16-1196 GW (KKx) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| 40.00 ACRES OF LAND, MORE ) | |
| OR LESS, SITUATE IN SAN ) | |
| BERNARDINO COUNTY, STATE ) | |
| OF CALIFORNIA; HEIRS OF ) | |
| ELLEN SVENSSON; UNKNOWN ) | |
| OWNERS; STATE OF ) | Trial: November 9, 2017 |
| CALIFORNIA; AND SAN ) | Time: 8:30 a.m. |
| BERNARDINO COUNTY TAX ) | |
| COLLECTOR, et al., ) | |
| ) | The Honorable George H. Wu |
| Defendants. ) | |

Trial by narrative statement pursuant to Local Rule 43-1 commenced on November 9, 2017 at 8:30 a.m. Plaintiff, United States submitted its Trial Brief and the Declaration of Robert W. Colangelo, and appeared by Trial Attorney Marc

1

Gordon. No answer or appearance was made by any named defendant. Having reviewed the pleadings and papers filed herein, and argument of counsel having been heard, the Court made Findings of Fact and Conclusions of Law pursuant to Fed. R. Civ. P. 52.

Based on the foregoing, it is ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff, the United States of America, is vested with title as follows:

> fee simple title to the land, subject however, to existing easements for public roads and highways, public utilities, railroads and pipelines;

to the property legally described as follows ("Subject Property"):

> The Southwest one-quarter of the northwest one-quarter of Section 1, Township 31, South, Range 46 East, Mount Diablo Meridian, County of San Bernardino, State of California, according to the Official Plat thereof.
>
> This Tract No. 714 is also known as Assessor's Parcel Number 0507-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, containing 40.00 acres, more or less.

2. The just compensation for the taking of the Subject Property is the sum of $40,000.00;

3. Prior to this action the Subject Property was owned by Irene A. Bates as to an undivided one-half interest and by Robert A. York, grandson and heir of Ellen Svensson, as to an undivided one-half interest.

5. The Clerk of the Court shall pay the deposited funds ($40,000.00), plus any interest accrued thereon while within the Registry of the Court, less any authorized fees or costs, jointly to:

>	Robert A. York and Irene A. Bates
>	44737 Leslie Court
>	Lancaster, CA 93535

DATED: November 9, 2017

_____
GEORGE H. WU, U.S. DISTRICT JUDGE

Respectfully submitted,

\_/s/_____
MARC GORDON (DC Bar No. 430168)
marc.gordon@usdoj.gov
(202) 305-0291
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044-7611

Attorney for Plaintiff